IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELA M. JONES,<br>      Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.  3:19-CV-0880-N-BH |
| ANDREW SAUL, COMMISSIONER<br>OF SOCIAL SECURITY<br>ADMINISTRATION,<br>      Defendant. | §<br>§<br>§<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted.  Accordingly, the decision of the Commissioner is **AFFIRMED**.

**SO ORDERED** on this 25th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE